**McELROY v. STATE.**

**No. 23530.**

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

Rehearing Denied Feb. 19, 1947.

KRUEGER, Judge.

The conviction is for the offense of failure to stop and render aid. The punishment assessed is a fine of $500 and confinement in the county jail for a period of 90 days.

The proceedings appear regular. The record is before us without a statement of facts or bills of exception. Consequently no question is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Motion for Rehearing.

GRAVES, Judge.

Appellant insists that the testimony shows that after the accident complained of herein, appellant drove to his home and requested his wife to call a physician and summon an ambulance to go to the place where the accident occurred. Unfortunately for the appellant, there is no statement of facts in the record, and no bill of exceptions to any action of the trial court. We cannot consider this bare statement only found in the motion.

The motion for rehearing will be overruled.